UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-539M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| JUAN PRIETO-PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:

    Illegal Reentry after Deportation

Date of Detention Hearing:    Initial Appearance October 5, 2006

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

that no condition or combination of conditions which defendant can meet will reasonably assure

the appearance of defendant as required and the safety of other persons and the community.

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

        (1)    Defendant is reportedly a citizen of Mexico.  He is charged by Complaint with

01 | Illegal Reentry after Deportation.  His past criminal record includes prior failures to comply with

02 | court orders.  He is associated with an alias name.

03 |       (2)     The United States alleges that his presence in this country is illegal.  There is an

04 | immigration detainer pending against him.  The issue of detention in this case is therefore

05 | essentially moot, as the defendant would be released to immigration custody if not detained in this

06 | case.

07 |       (3)     Defendant and his counsel offer no opposition to the entry of an order of detention.

08 |       (4)     Upon advice of counsel, defendant declined to be interviewed by Pretrial Services.

09 | Therefore, there is limited information available about him.

10 |       (5)     There does not appear to be any condition or combination of conditions that will

11 | reasonably assure the defendant's appearance at future Court hearings while addressing the danger

12 | to other persons or the community.

13 | It is therefore ORDERED:

14 |       (1)     Defendant shall be detained pending trial and committed to the custody of the

15 |                 Attorney General for confinement in a correction facility separate, to the extent

16 |                 practicable, from persons awaiting or serving sentences or being held in custody

17 |                 pending appeal;

18 |       (2)     Defendant shall be afforded reasonable opportunity for private consultation with

19 |                 counsel;

20 |       (3)     On order of a court of the United States or on request of an attorney for the

21 |                 Government, the person in charge of the corrections facility in which defendant is

22 |                 confined shall deliver the defendant to a United States Marshal for the purpose of

DETENTION ORDER                                        15.13
18 U.S.C. § 3142(i)                                   Rev. 1/91
PAGE 2

an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States

Pretrial Services Officer.

DATED this 5th day of October, 2006.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                                         15.13
18 U.S.C. § 3142(i)                                                                     Rev. 1/91
PAGE 3